May Term, pronounced ; the public prosecutor appeared, but
1803.   the record of the conviction not being made up and
brought into court, the bench said they had nothing
before them, on which to proceed; and, therefore,
admitted him to bail.

### Anonymous.

THE notice of motion in this cause, was served
on a person in the house of the attorney, and where
he kept his office : but held not sufficient, as it ought
to have been on a clerk in the office.*

### Moyle v. Gillingham.

NOTICE may be served, on an agent in town,
on the first day of term, to show cause on the next
day for non-enumerated motions ; but then, it must
be accompanied with a sufficient excuse for not hav-
ing been for the first day. If the excuse be received,
the adverse party will have till next term, to send in-
to the country to his principal, for counter affidavits.

### Abraham L. Brain v. Rodelicks and Shivers.

IN this cause, it was necessary to examine a wit-
ness in the *Havanna ;* and, as that port was open
only to certain privileged vessels, in *April,* 1802, a

---

* *Swartwout* ads. *Gelston, ante,* p. 81. " The service must be on
" some person in the office, and belonging there ; if nobody is there,
" it must be upon some one in the house, where the attorney resides,
" or the office is kept ; and if nobody is there, it may be left in the
" office."